# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA RODGERS, | Case No.: 2:22-cv-00042-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| DONNA ARMENTA LAW, et al., | |
| Defendants. | |

Plaintiff initiated this case on January 1, 2022. Docket No. 1. Other than filing a proof of service, however, Plaintiff took no action to advance the case. *See* Docket No. 5. As a result, on May 3, 2022, the Court ordered Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute. Docket No. 6.

The day after the Court issued its order to show cause, Plaintiff filed a notice of settlement. Docket No. 7. Plaintiff has now responded to the Court's order to show cause, stating that she was in constant contact with Defendants and asking the Court not to dismiss the case. Docket No. 8.

Plaintiff has a duty to prosecute a case that she files and, if she fails to do so, the case may be dismissed. *See* Fed.R.Civ.Pro. 41(b). Whether or not Plaintiff was in contact with Defendants, she failed to prosecute her case in this Court. Nonetheless, as the parties have agreed to a settlement, the Court will exercise its discretion not to dismiss the case to allow the parties to finalize settlement.

Accordingly, the order to show cause, Docket No. 6, is **DISCHARGED**. The parties must file a stipulation of dismissal no later than **June 10, 2022**. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.

IT IS SO ORDERED.

Dated: May 18, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE